IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. WATSON and CAROLYN WATSON, h/w, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civ. No. 04-1298-SLR ) |
| OCEANEERING INTERNATIONAL INC., | ) ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 29th day of March, 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Discovery**. All discovery shall be commenced in time to be completed by **May 31, 2005.**

   (a) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

   (b) Reports from retained experts under Rule 26(a)(2)

shall be due by **June 30, 2005.**

2. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before **April 29, 2005.**

3. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

4. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **August 1, 2005.** Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

5. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

6. **Motions in Limine.** All motions in limine shall be filed on or before **September 27, 2005.** All responses to said motions shall be filed on or before **October 4, 2005.**

7. **Pretrial Conference.** A pretrial conference will be held

on **October 11, 2005 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

    9. **Trial.** This matter is scheduled for a jury trial commencing on **October 24, 2005** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

                                                       _/s/_____
                                                 United States District Judge