IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. WATSON and CAROLYN WATSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 04-1298-SLR ) |
| OCEANEERING INTERNATIONAL | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 26th day of September, 2005, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendant's motion for summary judgment (D.I. 15) is granted in part and denied in part.

2. Defendant's motion for summary judgment on the general maritime claims for maintenance and cure and unseaworthiness is granted.

3. Defendant's motion for summary judgment on the Jones Act negligence claim is denied.

4. Defendant's motion for summary judgment on the loss of consortium claim is granted.

                                            /s/ Sue L. Robinson
                                        United States District Judge