IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. WATSON and CAROLYN WATSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 04-1298-SLR ) |
| OCEANEERING INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 6th day of June, 2006, there having been no activity in the above-captioned case since September 27, 2005;

IT IS ORDERED that, on or before **July 5, 2006**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                            _____
                                                          United States District Judge